UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

**This Document Relates to:**

**Judge David R. Herndon**

*Lester et al. v. Bayer HealthCare Pharmaceuticals Inc. et al.* No.  3:11-cv-13373-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders of Dismissal With Prejudice filed (Doc. 9 (Shelbourne-Green and Reid) and Doc. 12 (Glover)) and Stipulations of Dismissal (Doc. 13 (Foster) and (MDL 2100 Doc.

3586-1 Row 130 (Lester)), the above captioned case is DISMISSED with prejudice. Each party shall bear their own costs.

                                                     **JUSTINE FLANAGAN,**
                                                     **ACTING CLERK OF COURT**

                                                   **BY:**  /s/*Cheryl A. Ritter*
                                                                  **Deputy Clerk**

**Dated:** January 15, 2015

David R. Herndon
2015.01.15
06:47:10 -06'00'

**APPROVED:**
        **U.S. DISTRICT JUDGE**
        **U. S. DISTRICT COURT**